SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  (559) 497-4000
   (559) 497-4099 FAX
5
   VANITA GUPTA
6  Principal Deputy Assistant Attorney General
   SAMANTHA TREPEL
7  Trial Attorney
   Civil Rights Division
8  U.S. Department of Justice
   950 Pennsylvania Ave. NW
9  Washington, DC 20530
   (202) 514-3204
10 (202) 514-8336 FAXJ

11 Attorneys for Plaintiff.
   United States of America
12

FILED

SEP 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ A. JESSEN
                DEPUTY CLERK

13              IN THE UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15
   UNITED STATES OF AMERICA,              CASE NO.  1: 1 5 CR 0 0 2 6 5   AWI BAM
16
                      Plaintiff,          42 U.S.C. § 3631 – Interference with Housing Rights
17                                        18 U.S.C. § 924(c) – Use of a Firearm During a
                      v.                  Crime of Violence
18                                        26 U.S.C. §5861 – Unlawful Possession of a Firearm
   JUSTIN WHITTINGTON,                    18 U.S.C. § 1001 – False Statements
19
                      Defendant.
20

21

22                            **INDICTMENT**

23 **INTRODUCTION:**

24     At all times relevant to this Indictment:

25     1. Defendant JUSTIN WHITTINGTON lived in Oildale, California.

26     2. J.N. a Latino man, lived with his wife and children in Oildale, California.

27 ///

28 ///

INDICTMENT                              1

**COUNT ONE: [42 U.S.C. § 3631 – Interference with Housing Rights]**

The Grand Jury further charges that on or about December 19, 2012, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

by force and threat of force, willfully intimidated and interfered with, and attempted to injure, intimidate, and interfere with J.N. because of his race, color, and national origin and because he was occupying a dwelling. Specifically, defendant WHITTINGTON, while shouting racist slurs at J.N., fired a shotgun while J.N. and his family were standing outside their home.

All in violation of Title 42, United States Code, Section 3631(a).

**COUNT TWO: [18 U.S.C. § 924(c) – Use of a Firearm During a Crime of Violence]**

The Grand Jury further charges that on or about December 19, 2012, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

knowingly used, discharged, carried, and brandished a firearm, namely a short-barreled shotgun, during and in relation to a crime of violence, specifically the willful intimidation and interference with, and attempted intimidation and interference with J.N., by force and threat of force, because of his race, color, and national origin and because he was occupying a dwelling, in violation of 42 U.S.C. § 3631(a), as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

**COUNT THREE: [26 U.S.C. § 5861(d) – Unlawful Possession of a Prohibited Firearm]**

The Grand Jury further charges that on or about December 19, 2012, in the County of Kern, State and Eastern District of California, the defendant,

JUSTIN WHITTINGTON,

knowingly possessed a firearm, specifically a shotgun having a barrel or barrels of less than 18 inches in length, which was not registered to defendant WHITTINGTON in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

///

INDICTMENT

2

1  **COUNT FOUR:  [18 U.S.C. § 1001 – False Statements]**

2      The Grand Jury further charges that on or about April 18, 2014, in the County of Kern, State and

3  Eastern District of California, the defendant,

4                              JUSTIN WHITTINGTON,

5  knowingly and willfully made false, fictitious, and fraudulent statements to a Special Agent of the

6  Federal Bureau of Investigation (FBI) concerning facts material to a matter being investigated by the

7  FBI, an agency of the United States.  Specifically, defendant WHITTINGTON claimed that on the

8  evening of December 19, 2012:

9
       (1)    a person known to Whittington as "Charlie" offered  WHITTINGTON $1000 to keep
10
              "Charlie's" sawed-off shotgun in the trunk of defendant WHITTINGTON's vehicle; and
11

12     (2)    defendant Whittington accepted a sawed off shotgun from "Charlie" and placed the

13            shotgun into the trunk of Whittington's vehicle.

14
   / / /
15
16  / / /
17
   / / /
18
19  / / /
20
   / / /
21
22  / / /
23
   / / /
24
25  / / /
26
   / / /
27
28  / / /

INDICTMENT                                      3

1    These statements were false, in that defendant WHITTINGTON knew at the time he made the

2    statements to the FBI, that in fact on the evening of December 19, 2012:

3       (1)    defendant Whittington was already in possession of a sawed off shotgun; and

4

5       (2)    defendant Whittington did not receive a sawed off shotgun from a person named

6              "Charlie"

7    All in violation of Title 18, United States Code, Section 1001.

8

9                                    Dated this 24th day of September, 2015.

10                                                   A TRUE BILL.

                                                     /s/ Signature on file w/AUSA

11

12                                                   FOREPERSON

13   BENJAMIN B. WAGNER
     United States Attorney

14          **Mark E. Cullers**

15   By:    _____
            MARK E. CULLERS
16          Assistant U.S. Attorney
            Chief, Fresno Office
17

18

19   VANITA GUPTA
     Principal Deputy Assistant Attorney General
20

21   By:    /s/ SAMANTHA TREPEL
            SAMANTHA TREPEL
22          Trial Attorney
            Civil Rights Division
23

24

25

26

27

28

INDICTMENT                                           4