Case 1:15-cr-00265-DAD-BAM   Document 3   Filed 09/24/15   Page 1 of 2

SEALED 



FILED

SEP 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY \_\_\_\_A. JESSEN\_\_\_\_
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO. 1: 15 CR 00265 AWI BAM

12 |     Plaintiff,                      MOTION AND PROPOSED ORDER TO
                                         SEAL INDICTMENT
13 |
14 |     v.
15 | JUSTIN WHITTINGTON,
16 |
17 |     Defendant.

18

19     The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on September 24, 2015, charging
22 the above defendant with:  42 U.S.C. § 3631 - Interference with
23 Housing Rights, 18 U.S.C. § 924(c) - Use of a Firearm During a Crime
24 of Violence, 26 U.S.C. §5861 - Unlawful Possession of a Firearm
25 18 U.S.C. § 1001 - False Statements and Criminal Forfeiture
26 Allegations be kept secret until the defendant named in this
27 Indictment is either in custody or has been given bail on these
28 offenses; and further order that until such time as the defendant is

Motion to Seal Indictment                    1

in custody or has been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED:                               Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                              By     /s/ Brian K. Delaney
                                     BRIAN K. DELANEY
                                     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   September 24, 2015          _____
                                     U.S. Magistrate Judge