BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>JUSTIN WHITTINGTON<br><br>                          Defendant. | CASE NO. 1:15-CR-00265 AWI-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

      The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendant has been arrested.

      Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated:  September 28, 2015                  BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Brian K. Delaney
                                                BRIAN K. DELANEY
                                                Assistant United States Attorney

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00265 AWI-BAM |
13 |            Plaintiff,     | ORDER TO UNSEAL INDICTMENT    |
14 |            v.             |                               |
15 | JUSTIN WHITTINGTON,        |                               |
16 |            Defendant.     |                               |

17
18     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal
19 Rules of Criminal Procedure.
20     IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made
21 public record.
22
23 IT IS SO ORDERED.
24     Dated:  **September 28, 2015**            **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

Motion to Unseal Indictment                    2