**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUSTN WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 15-CR-00265 DAD-BAM  <br> ) <br> ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** <br> ) **TO VACATE THE STATUS** <br> ) **CONFERENCE AND SET FOR CHANGE** <br> ) **OF PLEA** |
| Plaintiff, | |
| vs. | |
| JUSTIN WHITTINGTON, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA MACAULIFFE AND BRIAN DELANEY, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, JUSTIN WHITTINGTON, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the status conference currently set for

Monday, April 25, 2016 be vacated and a change of plea hearing be set for to Monday, May 9,

2016 at 10:00 a.m.

    I have received a plea agreement from AUSA Brian Delaney.  I have reviewed the plea

agreement with Mr. Whittington, who appears inclined to accept the terms of the plea agreement,

however, there are several issues he would like to discuss further before signing.  I am requesting

that the status conference be vacated and a change of plea be set for May 9, 2016.  I have spoken

to AUSA Brian Delaney, and he has no objection to vacating the Status Conference and setting a change of plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**           Respectfully Submitted,

DATED: 4/20/16                     */s/ David A Torres*
                                   DAVID A. TORRES
                                   Attorney for Defendant
                                   JUSTIN WHITINGTON

DATED: 4/20/16                     */s/Brian Delaney*
                                   BRIAN DELANEY
                                   Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the 3rd Status Conference hearing on April 25, 2016 at 1:00PM is Vacated and a Change of Plea is set on Monday, May 9, 2016 at 10:00AM before Judge Drozd in Courtroom 5.  Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).
IT IS SO ORDERED.

Dated:   **April 21, 2016**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE