**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUSTN WHITTINGTON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:15-CR-00265-DAD-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL CONFIRMATION AND TRIAL DATE.** |
| vs. | |
| JUSTIN WHITTINGTON, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE DROZD AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUSTIN WHITTINGTON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, May 9, 2016 be vacated and set the dates for the trial confirmation and trial date.

I have spoken with AUSA Brian Delaney, as well as Samantha Trepel and we have all mutually agreed and stipulated to the trial dates provided below. I am requesting that the status conference be vacated and a TRIAL CONFIRMATION date be set for November 14, 2016 and a TRIAL date be set for November 29, 2016.  I have spoken to AUSA Brian Delaney, and he has no objection to vacating the Status Conference and setting the above trial dates.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 5/5/16      */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JUSTIN WHITINGTON


DATED: 5/5/16      */s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

The Status Conference as to the above named defendant is VACATED; Trial Confirmation Hearing is set for November 14, 2016, at 10:00am;  Jury Trial is set for November 29, 2016, at 8:30am in Courtroom 5 before District Judge Dale A. Drozd; Time shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **May 5, 2016**          _____
UNITED STATES DISTRICT JUDGE