UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN WHITTINGTON,<br><br>  Defendant. | Case No. 1:15-cr-00265-DAD-BAM<br><br>ORDER GRANTING THE PARTIES' REQUEST TO USE A JURY QUESTIONAIRE<br><br>(Doc. No. 25) |

Having considered the parties' joint motion for a jury questionnaire, the court hereby grants the motion to use the proposed jury questionnaire, as it will aid the Court and parties in efficiently seating an impartial jury. The parties will supply fifty copies of the jury questionnaire and fifty pens to the jury assembly room before 4:00 p.m. the evening before trial. The parties will arrange for pickup of the questionnaires from the jury assembly room at 8:45am on the morning of trial and immediately have the required number of copies printed and brought to Courtroom 5 for use during trial.

IT IS SO ORDERED.

  Dated:  **October 17, 2016**

UNITED STATES DISTRICT JUDGE

1