1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
3  Bakersfield, CA 93301
   Tel: (6610326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   JUSTIN WHITTINGTON

7                UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        Case No. 1:15-CR-00265-DAD-BAM

11 |         Plaintiff,

12 |     v.                            **STIPULATION AND ORDER TO**
                                       **CONTINUE SENTENCING HEARING**
13 | JUSTIN WHITTINGTON,

14 |         Defendants.

15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

17 DROZD AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY AND

18 SAMANTHA TREPEL, ASSISTANT UNITED STATES ATTORNEY:

19         **COMES NOW** Defendant, JUSTIN WHITTINGTON, by and through his attorney of

20 record, DAVID A. TORRES hereby requests that the sentencing hearing currently set for

21 Monday, February 27, 2017, be continued to March 13, 2017 at 10:00 a.m.

22         I emailed both counsel last week and informed each of my unavailability to proceed to

23 sentencing in light of my trial schedule. I am currently trailing jury trail and am expected to be

24 assigned a courtroom this week. All counsel have agreed to continue this matter to March 13,

25 2017. This date accommodates the schedule of AUSA Samantha Trepel who is traveling from

26 Washington DC. I have spoken to AUSA Brian Delaney and AUSA Samantha Trepel, they have

27 no objection to continuing the sentencing.

28 ///

                                        1

**IT IS SO STIPULATED.**

DATED: 2/22/17

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JUSTIN WHITTINGTON

DATED: 2/22/17

*/s/Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney

DATED: 2/22/17

*/s/Samantha Trepel*
SAMANTHA TREPEL
Assistant U.S. Attorney

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for February 27, 2017, is continued until March 13, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 23, 2017**

UNITED STATES DISTRICT JUDGE

2