**LAW OFFICE OF DAVID A. TORRES
AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
E-mail: dtorres@lawtorres.com

Attorney for Defendant
**JUSTIN WHITTINGTON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN WHITTINGTON,<br><br>　　　　　Defendant. | Case No.: 1:15-CR-00265-001 DAD<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

TO: THE CLERK OF THE EASTERN DISTRICT COURT, THE HONORABLE DALE A DROZD, BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY, SAMANTHA TREPEL, ASSISTANT UNITED STATES ATTORNEY AND ANTHONY ANDREWS, UNITED STATES PROBATION OFFICER:

**CERTIFICATION:** This Sentencing Memorandum was timely filed.

　　　JUSTIN WHITTINGTON, by and through his counsel, DAVID A. TORRES, hereby submits this sentencing memorandum for the court's consideration. Defendant reserves the right to supplement this memorandum with additional evidence or argument at the sentencing hearing before this Court.  The following facts are presented in support of the Probation Officer's 144-month recommendation.

# I.
# INTRODUCTION

On March 9, 2017, the Government filed a Sentencing Memorandum. I have reviewed their memorandum and will incorporated by reference the factual background and procedural history set forth within their memorandum. In said memorandum, the Government is seeking a 240-month sentence to Counts One, Three and Four. The defense objects to the Government's request in that is an extensive sentence and considering 18 USC §3553(a) factors, a substantial downward departure is warranted.

**A.   Probation Recommendation.**  On December 12, 2016, Counsel and Mr. Whittington met with USPO Anthony Andrews in preparation of the PSI report. At that time, Mr. Whittington responded to numerous questions with respect to his background and history. On January 17, 2017, PO Anthony Andrews filed his PSI report with this court. On page 5, PO Andrews writes:

> *Taking into consideration this will be the defendant's first lengthy term of incarceration, his limited criminal history, young age when he committed the instant offenses, purported physical and sexual abuse as a child, and other mitigating factors, a sentence below the advisory guideline range pursuant to the factors of 18 USC § 3553(a) is recommended as to Counts 1,3 and 4, followed by the mandatory minimum sentence of 10 years imprisonment as to count 2, for a total term of 144 months imprisonment, which appears sufficient.*

In reviewing Mr. Whittington's criminal history, the convictions occurred when Justin was age 13, 15, 16 and 17, respectfully.  As the PSI suggests, he did not have a familial support system during his formative years. Mr. Whittington has had time to reflect on his past conduct and has matured since this incident occurred and now has a support system which includes his wife, child and grandparents. With a sentence of 144 months, Mr. Whittington will serve well over ten years in custody.

**B.  Statement by Justin Whittington**

At the time of sentencing, Mr. Whittington will provide a statement in allocution to the court.

**C.  Letter From Jim Whittington (Justin's Grandfather)**

The following letter was written by Justin's grandfather, Jim Whittington.  Mr. Whittington is a respected business owner in Bakersfield, California.

*"I don't know exactly how to construct this letter in a proper format, so forgive my ignorance. I'm writing this to give some of my background and that of my grandson Justin Whittington.*

*I'm a lifelong resident of Bakersfield Calif. and went to south high school and was somewhat a troubled youth. My parents divorced when I was thirteen years of age, and I kind of went a little on the wild side. I was expelled from South High at the end of my 9th grade year for fighting. And never went back, I had failed enough grades on the way to high school that I had a driver's license and a 55 Chevrolet. After getting expelled I fell in with the wrong crowd and wound up at Camp Owens (juvenile detention camp) doing 7months, on what was scheduled to be a four-month program. When I was released I married my childhood sweet heart, and started a family.*

*My dad was a masonry contractor and I could learn the trade of a bricklayer. When I was about 20 years old while working out of town I experimented with marijuana and bought ten marijuana cigarettes, I smoked three of them over a short period, and realized it didn't hold any good effects on me, So the other seven set in a cup on my refrigerator for a proximately one year. A so-called friend of mine was aware of this and was busted for two burglary's, in return for him getting off, he set me up to sell a narcotic officer my remaining marijuana. I tried to explain to the undercover agent that the pot was no good and he could just have it, but he insisted on giving*

*me $10.00 so I took it. Leading me to be convicted of two felonies each carrying a sentence of five to life. So out of desperation I fled the State. After stealing some of my dad's business checks and writing $1,000 dollars of forged checks which my wife cashed for me at various locations in Los Angeles. which led to even more felonies, even involving her now*

*We caught a train to New Orleans where I worked as a brick layer after a period of six months of living in the fear of getting caught I returned to Bakersfield and gave myself up. We had determined this was no way to raise a family. To make a long story short the probation officer after hearing my story recommended a 90-day sentence. Which I will be forever grateful.*

*I now am a successful business owner, heading up three businesses here in Bakersfield; One Stop Smog and Auto Care Centers, Whittington Solar Energy Co, and Elite Energy Savers, which is a home improvement Co.*

*I wanted to give you some of my back ground to say that I realize what that judge did for me, with my makeup I would very likely still be in prison. Justin has a similar back ground, and what he is facing now is a life, game changer. His upbringing was the worst, His Mom was an addict and still is to this day His Dad is a functional drunk who drinks heavily in the evening after he gets off work.*

*Justin was raised till the age of 13 by his mother's parents, who would not allow us to have any relationship with him at all. At 13 his mother got him back she was married at the time, to who I don't know. But Justin could run wild and is where he is today because of it.*

*I know what a second chance can do for someone, I really feel that if Justin goes to Prison, he will just become a hardened criminal. And his family, his wife and two little children will be lost forever. If the court system could somehow show this young man some mercy, the same mercy that I received. I believe Justin would realize, just how fortunate he would be. I Know that he*

*loves his babies and wife and would walk the straight and narrow. I would be willing to give him a job, at a living wage, help him get a car. And get his life back on track. And he could become a contributor to society. Instead of being a burden on the prison system, and his wife and children on the welfare system*

*Respectfully,*

*Jim Whittington*

## CONCLUSION

Based upon the foregoing, the court is asked to sentence Mr. Whittington to 144 months as recommended in the PSI.

Dated: March 9, 2017                                    /s/ David A. Torres_____
                                                                           DAVID A. TORRES
                                                                           Attorney for Justin Whittington