# EXHIBIT 1

## Incident/Investigation Report

Agency: KCSD     Case Number: SR12-35196     Date: 4/10/2013 13:57:18

### Notes/Narratives

JUSTIN WHITTINGTON and JESSE LAMB were arrested for Assault with a firearm, discharging a firearm at a business, possession of a short-barrel shotgun, hate crimes, conspiracy and participation in a street gang. There were no injuries.

### Notes/Continuation

OFFICERS INVOLVED:

Sergeant SWORD, CAD# 200760, assisted with supervising the investigation.

Sr. Deputy BARRON, CAD# 200753, assisted with interviewing neighbors. Refer to his supplemental report.

Deputy GREER: CAD# 202066, assisted with locating the spent casings.

Deputy MILLER, CAD# 202082, assisted with interviewing LAMB and reading him his Miranda Rights. Refer to his supplemental report. Deputy PERKINS, CAD# 201602, assisted with locating the vehicle and detaining LAMB and WHITTINGTON. Deputy PERKINS also located the firearm. Refer to his supplemental report.

Deputy REED, CAD# 201299, assisted with getting permission to search WHITTINGTON'S vehicle and residence. Deputy REED also interviewed WHITTINGTON and read him his Miranda Rights. Refer to his supplemental report.

Deputy WARMERDAM, CAD# 201609, assisted with seizing the firearm and booking it into evidence. Refer to his supplemental report.

Deputy WEISS, CAD# 200941, assisted with the in-field line-up.

DETAILS:

On 12/19/2012, I was dispatched to 1011 Wilson Avenue for a assault with a deadly weapon investigation. Dispatch said the victim, later identified as JOE NUNO, was shot at by an unknown person in a dark colored PT Cruiser. Multiple deputies arrived near the scene, in search of the vehicle. An additional call was received by dispatch that a separate gunshot was heard at 622 Woodrow Avenue. I later arrived at 1011 Wilson Avenue and spoke with NUNO. NUNO said he was shot at. I asked NUNO what happened and he provided the following summary.

NUNO said he had just arrived at his residence from a sports game. NUNO was closing his front gate to his property when he saw a vehicle traveling by him very slowly. NUNO thought it was odd and suspicious for the vehicle to be traveling so slow and decided to keep watch of it. The vehicle traveled in a eastern direction and traveled past him and his residence.

NUNO said the vehicle stopped in front of his neighbor's residence at 1009 Wilson Avenue. An unknown male subject, later identified as JUSTIN WHITTINGTON, exited the front passenger seat of the vehicle. NUNO said WHITTINGTON was holding onto an unknown object with both his hands. NUNO said the object was small and dark in color. NUNO heard a noise similar to noises of a shotgun being manipulated. NUNO said he heard WHITTINGTON yell, "You fucking Nigger!" WHITTINGTON then pointed the shotgun towards NUNO and fired it once.

NUNO said he was not hit or injured by the gun shot. NUNO saw WHITTINGTON get back into the vehicle and then fled the scene. NUNO described the vehicle as a dark colored PT cruiser with a small sticker on the rear window, in the center area.

## Incident/Investigation Report

Agency: KCSD            Case Number: SR12-35196            Date: 4/10/2013 13:57:18

NUNO said WHITTINGTON was wearing a dark colored hoodie. NUNO said he would be able to identify WHITTINGTON if he saw him again.

Sergeant SWORD and I started searching the area for evidence where the shot from the shotgun had gone. We were unable to locate any damage to the property and neighboring properties. We were also unable to locate the possible wad used in the shotgun shell.

Deputy MONEY had initiated an investigation at 622 Woodrow Avenue for the other reported gunshot during the same time as our investigation at 2101 Mccray Street. Deputy MONEY discovered a window damaged by suspected gunfire. Witnesses nearby had heard the gun shot and reported the similar PT Cruiser and its occupants being involved. The business is owned and operated by ADNAN AEZAH. AEZAH is a Arab. For further details, refer to Deputy MONEY'S supplemental report.

Deputy PERKINS radioed a short time later he had located a possible vehicle matching the description of the vehicle at both crime scenes. Deputy PERKINS located the vehicle at 2101 Mccray Street. Deputy PERKINS also located WHITTINGTON and JESSE LAMB standing near the vehicle together. PERKINS detained WHITTINGTON and LAMB. For further details, refer to Deputy PERKINS' supplemental report.

I told NUNO that a vehicle had been discovered and possible suspects were detained. I asked NUNO if he would like for me to drive him to 2101 Mccray Street for a in-field line-up. NUNO agreed and got into the back seat of my patrol vehicle. I then drove to 2101 Mccray. When I arrived, I read NUNO his Field Identification Admonishment. NUNO said he understood the admonishment and had no questions.

Deputy WEISS escorted LAMB outside a patrol vehicle for NUNO to view. LAMB said he did not recognize LAMB. NUNO said LAMB was not the shooter. NUNO said he did not see the driver of the vehicle or other possible occupants of the vehicle. Deputy WEISS placed LAMB back in the patrol vehicle.

Deputy WEISS escorted WHITTINGTON outside from a separate patrol vehicle. NUNO immediately said, "That is him, that is him." I asked NUNO how he knew it was WHITTINGTON that shot at him. NUNO said he recognized WHITTINGTON'S dark colored hoodie. NUNO said WHITTINGTON'S hoodie was covering the top of his head when he had exited the PT cruiser, prior to shooting at him. NUNO said the hoodie fell off his head and that he saw his face and head. NUNO said he remembered WHITTINGTON being a white male with no visible hair. NUNO also said he remembered WHITTINGTON'S tan colored pants. Deputy WEISS placed WHITTINGTON back inside the patrol vehicle.

I drove with NUNO to the area where the PT Cruiser was parked. NUNO said it was the same PT Cruiser that drove by him earlier. NUNO said he recognized the sticker that was located on the rear window of the vehicle. Deputy WEISS opened the door of the vehicle for NUNO to see inside. NUNO said it looked the same and was definitely the same vehicle.

During the in-field line-ups, multiple deputies were still on scene searching for the firearm. Deputy REED had acquired permission from WHITTINGTON to search his residence and vehicle. For further details, refer to Deputy REED'S supplemental report.

Deputy GREER located spent casings from a shotgun inside the PT Cruiser. Deputy GREER also located a similar spent casing inside WHITTINGTON'S residence.

Deputy PERKINS later located the shotgun in the trunk of WHITTINGTON'S vehicle. Deputy PERKINS and Deputy WARMERDAM secured the vehicle and called for a technical investigator to process the scene.

Technical Investigator (TI) MOORE later arrived and started processing the scene. For further details, refer to TI MOORE'S worksheet.

Deputy WARMERDAM showed NUNO the shotgun. NUNO recognized the shotgun and remembered it being short. NUNO said it sounded like a shot gun when it was discharged. Deputy WARMERDAM secured the shotgun and later booked it into evidence. For further details, refer to Deputy WARMERDAM'S supplemental report. The shotgun was a 12 gauge single shot breach load action. The barrel was less than 16 inches and was missing its serial number.

I transported NUNO back to his residence. I provided NUNO with a Marsy's Right card and his report number.

## Incident/Investigation Report

**Agency:** KCSD     **Case Number:** SR12-35196     **Date:** 4/10/2013 13:57:18

I then returned to 2101 Mccray Street to continue the investigation. Deputy REED had transported WHITTINGTON to the Kern Sheriff Headquarters for an interview. For further details, refer to Deputy REED'S supplemental report.

Deputy MILLER interviewed LAMB during our investigation. LAMB denied his involvement in the shooting. For further details, refer to Deputy MILLER'S supplemental report.

I determined WHITTINGTON was the suspect in the assault with a firearm against NUNO. WHITTINGTON and LAMB were located together near the suspect vehicle just moments after both shootings. There were no other persons outside near the vehicle. WHITTINGTON and LAMB both were found consuming alcohol and similar alcohol was located inside the suspect vehicle.

I determined WHITTINGTON was in possession of the shotgun because it was located in his vehicle and was in his immediate care and control. The shotgun was a prohibited weapon due to its barrel length.

I determined these crimes where hate crimes due to WHITTINGTON'S statements towards NUNO prior to shooting at him. NUNO is half Black and has a dark complexity. It was also a hate related crime because the ethnicity of the business owner where the business window was shot at.

WHITTINGTON and LAMB are both Oildale Peckerwood gang members. I believe the crimes WHITTINGTON and LAMB committed was for the furtherance of their gang.

WHITTINGTON and LAMB were arrested for the above charges. I activated my digital audio recorder in my patrol vehicle. WHITTINGTON and LAMB were both placed together, for the first time since they were detained, and seated in my patrol vehicle. I later listened to the audio recording between WHITTINGTON and LAMB. I could hear both of them telling each other not to talk about anything because there was a recorder.

I transported WHITTINGTON and LAMB to the Central Receiving Facility to be booked into custody.

No further information.

POLLACK/202035