# EXHIBIT 2

## Incident/Investigation Report

Agency: KCSD    Case Number: SR12-35196    Date: 4/10/2013 13:57:19

### Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 12/20/2012 23:43:34 | ASSISTING OFFICER | (200760) SWORD, DOUGLAS S |
| Contact Name | | Supervising Officer |
| | | (200760) SWORD, DOUGLAS S |
| Location Comment: | | |

### Supplement Notes

Details:

On December 19, 2012 at 2045 hours, I went to 1011 Wilson Avenue regarding a shots fired call. When I arrived, I saw JOE NUNO and JULIE NUNO standing in the middle of street in front of 1011 Wilson Avenue. JOE told me someone just shot at him.

JOE said he and JULIE arrived home at 1011 Wilson Avenue and parked in front of their residence. JOE was standing at the street entrance to his driveway closing the gate when he saw a dark colored PT Cruiser driving east on Wilson Avenue. The PT Cruiser was occupied by at least two white males. One was driving and another one was sitting in the front passenger's seat. The PT Cruiser came to a stop in the street in front of his neighbor's driveway at 1109 Wilson Avenue. The front seat passenger pointed a short shotgun at JOE and said "fucking nigger". The front seat passenger then fired one shot from a shotgun. JOE said the shotgun was pointed at him when it was fired. JOE said he just stood there and was in shock.

JOE believed the shooter made the statement "fucking nigger" because he was Hispanic.

JOE could not describe the driver. JOE described the front seat passenger as a white male wearing dark clothing and a dark beanie cap. JOE could not describe the gun other than it was short and it was a shotgun.

JOE thought there might have been a third person in the car because at one point it appeared as though the back passenger door was being opened. JOE did not see the third person.

DEPUTY POLLACK completed a detailed interview of JOE. Refer to his report for details.

I interviewed JULIE. JULIE said she was at the back of the driveway close to her house when she heard a gunshot. She did not see the shooting, but when she turned around, she saw a dark colored PT Cruiser in the middle of the street just east of her property. JULIE said the PT Cruiser drove east and then south on Muir.

JULIE said after the vehicle turned south on Muir, she heard another shot. She was not sure how much time elapsed between the vehicle turning south and the second shot. She did not believe much time had passed.

The Sheriff's Office did receive a call of a second gunshot occurring in the 600 block of Woodrow Avenue. Refer to DEPUTY MONEY'S supplemental for details. DEPUTY WARMERDAM checked the area of Muir and Woodrow and could not locate any evidence of another shot other than in the 600 block of Woodrow.

JULIE was unable to provide a description of the suspects or the weapon. She described the shot as a "boom."

## Incident/Investigation Report

Agency: KCSD       Case Number: SR12-35196       Date: 4/10/2013 13:57:19

I was unable to locate were the bullet struck. I did not locate the wadding or casings. SENIOR DEPUTY BARRON spoke to the neighbors. The neighbors heard a gunshot but did not see anything. We were unable to locate another victim in the vicinity of the 1000 block of Wilson Avenue.

D. Sword / 200760