# EXHIBIT 3



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  11/05/2013

On 10/23/2014, a meeting was held at the Federal Bureau of Investigation (FBI), Sacramento Division, Bakersfield Resident Agency with JOE NUNO (NUNO), date of birth 4/5/1972, California Driver's License A3112990, residence address 630 Wisteria Street, Bakersfield, California 93308. Present at the meeting were Assistant U.S. Attorneys (AUSA) Mark Cullers and Mia Giacomazzi and FBI Special Agent Donna Coyle. After being advised of the identities of the persons present and nature of the meeting, NUNO provided the following information:

NUNO is currently disabled, married with four children, two of whom are grown and out of the house. NUNO is Hispanic and both his parents are Hispanic. NUNO has African American family members by marriage.

NUNO was arrested over 10 years ago and spent 10 to 15 years incarcerated. NUNO had a rough life in Los Angeles, California and moved to a Mexican neighborhood in Bakersfield, California. Thereafter, he moved to Oildale (a neighborhood in northeast Bakersfield). Prior to the shooting, he did not encounter any problems living in Oildale despite knowing that gang members lived throughout Oildale. NUNO believed that his neighbors would back his statement that no problems occurred prior to the shooting. However, NUNO said when neighbors moved in next door to them prior to the shooting, the neighbors noticed that NUNO's wife was white.

NUNO said he did not know the two individuals (Whittington and Lamb) that were in the car the night of the shooting. NUNO never saw them before, did not talk to any of them and had no prior confrontations with them.

On the night of the shooting, NUNO and his family had just come back from Longbeach, California. NUNO did not recall anyone else being outside their homes at the time.

The car was eastbound on Wilson Ave with the front passenger side closest to NUNO's house which was located on the south side of Wilson Ave. The car pulled up slowly and parked close. NUNO noted that his neighbor had a security camera installed.

Investigation on  10/23/2013  at  Bakersfield, California, United States (In Person)

File #  44A-SC-2910167                                            Date drafted  10/28/2013

by  COYLE DONNA ELAYNE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

44A-SC-2910167

Continuation of FD-302 of  Interview of JOE NUNO                         , On  10/23/2013  , Page  2 of 3

A man jumped out of the front passenger side of the car, pulled out a gun with a short barrel, turned and said "fucking nigger" to NUNO. NUNO did not yell back at the man or converse with him. The man shot at NUNO and NUNO felt like something was wrong with the gun because it sounded like a bomb. The shooter stood there for a couple of seconds, took his time, did not reload or shoot again. The shooter got back in the car "like normal." The car pulled away slowly and the driver used the blinker to turn at the corner. NUNO explained that the shooter seemed to be in slow motion.

About 20 to 30 seconds after he was shot at, NUNO heard another loud boom. Then about a minute later, he heard another shot. At some point after he was shot at, NUNO told his family, "get down" but it was too late.

NUNO described the shooter as wearing tan shorts, dark shirt and a bandana or cloth on his head. NUNO could tell the shooter was bald because the bandana or cloth did not completely cover the shooter's head. The shooter had tattoos on his face. The shooter used two hands to hold the gun and NUNO said he never told Kern County Sheriff's Department that the gun was a handgun.

NUNO only saw the the shooter and the driver, and never saw a third person.

NUNO described the car as a dirty, dark tan or dark colored PT Cruiser. It was nighttime but NUNO could tell the back window was very dirty.

NUNO's wife called the police after the shooting. Right before the police came, NUNO's neighbor, a white lady, came out and asked NUNO if he got hurt. NUNO said the officer that responded told him, "let me tell you something if you are lying I'm gonna come and take you in." When police arrested the shooter and driver, they parked NUNO about two feet away from the shooter. NUNO could tell by the shooter's shape that it was the shooter.

NUNO did not know where the shot hit. NUNO's house and his next door neighbor's house were searched for holes, but no holes were found.

The day after the shooting, NUNO said that individuals that NUNO referred to as "they" came by and walked right past the sheriff's car in front of NUNO's residence.

Two individuals approached NUNO after the shooting incident. The individuals were from the "Blue Team" as opposed to the Red Team. Nuno said he was not a member of the Red Team as he is a Southern Hispanic Mexican/Sureno but did not currently associate with the Surenos.

44A-SC-2910167

Continuation of FD-302 of  Interview of JOE NUNO                           , On  10/23/2013 , Page  3 of 3

At some point after the shooting incident, an officer came back and asked NUNO if he had gotten in a fight at the market. NUNO told the officer, "no," and that he had just arrived back from Longbeach when the shooting incident occurred. NUNO was overprotective of his family. He would not fight with family around and especially have the shooter follow him home. It did not make sense to NUNO that they would kill him over a fight at a market.

NUNO's first reaction when he was shot at was that he was stuck or frozen. He said when it happened his thought was, "where'd I get hit this time?" NUNO was afraid because this had never happened to him with family around, so close to his own house and door. NUNO wanted revenge because he was shot at when his family was around.

After the shooting, NUNO moved his family "a distance away" from where the shooting happened in Oildale. About a week ago, NUNO and his family moved back to Oildale. He said there were no incidents since he and his family moved back to Oildale.

NUNO said he would be able to identify the shooter again with no problem.