UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WHITTINGTON,<br><br>            Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. 1:15-cr-00265-DAD-BAM-1<br><br>ORDER GRANTING PETITIONER'S MOTION TO STAY<br><br>(Doc. No. 94) |

On August 2, 2019, petitioner Justin Whittington, proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (Doc. No. 91.) On August 14, 2019, the court issued an order directing the government to respond to petitioner's motion within 45 days of electronic service of the order and setting a briefing schedule. (Doc. No. 93.)

On September 3, 2019, petitioner filed a motion to stay the 28 U.S.C. § 2255 proceedings in this case for a period of 45 days. (Doc. No. 94.) Petitioner seeks the stay to obtain his complete file from his appointed counsel on appeal, review that case file, conduct legal research, and develop facts to supplement his § 2255 motion.[1] (*Id.* at 2.) On September 11, 2019, the court

---

[1] In his motion to stay the proceedings, petitioner also requests that the court: (1) confirm receipt of his § 2255 motion and (2) issue an order directing his former counsel to mail a complete paper copy of petitioner's file to him. (Doc. No. 94 at 2.) The court hereby confirms the receipt of petitioner's § 2255 motion and declines petitioner's request to issue an order directed to his appointed counsel at this time on the grounds that petitioner has not yet made a showing that such an order is necessary in order for him to obtain his file.

1

issued an order directed the government to respond to petitioner's motion to stay within seven days of service. (Doc. No. 95.) The government filed statements of non-opposition on September 11, 2019 (Doc. No. 96) and on September 17, 2019.[2] (Doc. No. 97).

Having reviewed petitioner's motion and the government's statement of non-opposition, the court finds good cause to stay the proceedings in this case for 45 days following the service of this order. At the expiration of that stay, petitioner is directed to file and supplement to his § 2255 motion filed on August 2, 2019 or a notice that he does not intend to supplement his motion. The government shall a responsive pleading to petitioner's § 2255 motion 45 days after petitioner files a supplement in support of his pending motion or a notice that he does not intend to supplement the motion. Defendant shall file his reply, if any, to the government's response brief within 30 days after its filing.

IT IS SO ORDERED.

Dated: **September 17, 2019**       *Dale A. Drozd*
                                     UNITED STATES DISTRICT JUDGE

---

[2] The court notes that the government's second statement of non-opposition, filed on September 17, 2019, was mistakenly captioned as a statement of non-opposition to petitioner's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (*See* Doc. No. 97.)